THE STATE v. MAHER *et al.*

1.  **Appeal** : EVIDENCE TO SUPPORT VERDICT. Since it cannot be said that there was such a want of evidence in this case that the jury, in the exercise of their discretion, could not have found the defendants guilty, this court cannot reverse the judgment for a want of evidence.

2.  **Criminal Law** : ALIBI : INSTRUCTIONS AS TO EVIDENCE. (*State v. Maher, ante*, p. 77, *followed*).

3.  **Appeal** : OBJECTIONS TO EVIDENCE NOT URGED BELOW. Where evidence is objected to below on a certain stated ground, another ground not so stated cannot be urged on appeal.

*Appeal from Polk District Court.*—HON. JOSIAH
GIVEN, Judge.

FILED, MARCH 8, 1888.

THE defendants were indicted and convicted of
robbery. They now appeal to this court.

*McHenry, McHenry & McHenry,* for appellants.

*A. J. Baker,* Attorney General, for the State.

BECK, J.—I. Defendants' counsel first object that
the verdict of the jury is not supported by the evidence.
All that need be said upon this point
is that the evidence is, to some extent,
conflicting, and is not wholly certain in
connecting the defendants with the crime. But it
cannot be said that it is so wanting in this regard that
the jury, in the proper exercise of their discretion,
could not have found the defendants guilty. We can-
not, therefore, interfere with the verdict.

1. APPEAL: evi-
dence to sup-
port verdict.

II. The defendants relied upon an *alibi* as a
defense. As applicable thereto the district court gave
certain instructions *like,* if not *verbatim*
copies of the instructions given in the preced-
ing case of *State v. Maher, ante,* p. 77. The
same objections to the instructions urged in that case are
urged in this. We need not repeat what we have said
in the prior case upon the objections to these instruc-
tions. We again hold them to be correct.

2. CRIMINAL
law: alibi: in-
structions as
to evidence.

III. The prosecuting witness was permitted to
testify in his re-direct examination that another person
on the night of the crime had given the
names of defendants, who were then sus-
pected. The evidence was properly admitted
by the court below, for the reason that inquiries as to
the names of the parties he suspected were made by
defendants' counsel upon the cross-examination, and the
evidence was proper to explain why the witness charged
defendants with the crime. Counsel insist that the

3. APPEAL: ob-
jections to
evidence not
urged below.

question in response to which the evidence was given was leading. But no such objection was made at the time it was asked. If subject to objection on this ground, it was waived by a failure to make it when the error, if any, could have been corrected.

No other questions arise in the case. The judgment of the district court is

AFFIRMED.